UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANGELA BAGGETT,

        Plaintiff,                                    Hon. Sally J. Berens

v.                                                   Case No. 1:23-cv-85

PAUL BAILEY, et al.,

        Defendants.

_____/

**ORDER**

      In accordance with the Opinion entered today,

      **IT IS HEREBY ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 27) is **GRANTED**. Plaintiff's Complaint is **dismissed with prejudice**.

      This case is **concluded.**

Dated: March 20, 2024                                                      /s/ Sally J. Berens
                                                                       SALLY J. BERENS
                                                                       U.S. Magistrate Judge